Cathryn G. Fund (State Bar No. 293766)
cathryn@jmllaw.com
Bryce Kroetz (State Bar No. 326226)
bkroetz@jmllaw.com
**JML Law, APLC**
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367
Telephone: 818.610.8800
Facsimile: 818.610.3030

Attorneys for Plaintiff
CHRISTOPHER TOLSON

Brian L. Johnsrud (State Bar No. 184474)
bjohnsrud@duanemorris.com
Daniel E. Lassen (State Bar No. 271446)
delassen@duanemorris.com
Ivan Munoz (State Bar No. 333096)
imunoz@duanemorris.com
**DUANE MORRIS LLP**
260 Homer Avenue, Suite 202
Palo Alto, CA 94301
Tel: (650) 847-4150

Attorneys for Defendants
KAG ENERGY, LLC; KAG WEST, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TOLSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAG ENERGY, LLC, a Delaware limited liability company; KAG WEST, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:2:23-cv-09865-DMG (PDx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [17]** |

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: February 11, 2025

_____
Dolly M. Gee
Chief United States District Judge